446 A.2d 690

Commonwealth v. Hartman, Appellant.

Submitted November 18, 1981. Lawrence J. Hracho, for appellant; George Yatron, District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

Order affirmed.

446 A.2d 691

Commonwealth v. Harvey, Appellant.

Submitted April 20, 1981. Joshua M. Briskin, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Judgment of sentence affirmed.